```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BERNARD LAMBERT              :         CIVIL ACTION

      vs.                    :

LOUIS FOLINO, et al.         :         NO. 10-CV-1339
```

ORDER

AND NOW, this 6th day of January, 2016, upon consideration of the Second Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and the Petitioner's objections thereto, it is hereby ORDERED that:

1. The Second Report and Recommendation is APPROVED and ADOPTED.

2. All of Petitioner's Claims are DISMISSED or DENIED, without an evidentiary hearing;

3. For the reasons provided in Judge Wells' First Report and Recommendation, a certificate of appealability is GRANTED with respect to Petitioner's challenge to the sufficiency of the evidence (Claim Fourteen) and, for the reasons provided in the Second Report and Recommendation, DENIED with respect to all other claims.


                                   BY THE COURT:



                                   s/J. Curtis Joyner
                                   J. CURTIS JOYNER, J.