

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
(215) 686-8000

LAWRENCE S. KRASNER
DISTRICT ATTORNEY

April 10, 2018

The Honorable J. Curtis Joyner
United States District Court
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re: *Lambert v. Folino*, **10-1339**

Dear Judge Joyner,

    This letter is to inform the Court that, upon review by the new administration of the Philadelphia District Attorney's Office (DAO), the DAO does not oppose the grant of a conditional writ of habeas corpus in this case.

                                           Respectfully submitted,

                                           */s/ Catherine B. Kiefer*
                                           CATHERINE B. KIEFER
                                           Assistant District Attorney

                                           */s/ Max C. Kaufman*
                                           MAX C. KAUFMAN
                                           Supervisor, Federal Litigation Unit

cc: Cheryl Sturm, Esq.